## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

HY SPRECKMAN & SONS, INC. v. SONNABEND ENTERPRISES D/B/A ROLY POLY

Case Number:

FILED
MARCH 25, 2008    YM
08CV1724
JUDGE DOW
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SONNABEND ENTERPRISES, INC. D/B/A ROLY POLY

---

| Field | Value |
|---|---|
| NAME (Type or print) | Stephanie W. Tipton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Stephanie W. Tipton |
| FIRM | Litchfield Cavo, LLP |
| STREET ADDRESS | 303 W. Madison, Suite 300 |
| CITY/STATE/ZIP | Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06270738 |
| TELEPHONE NUMBER | 312-781-6636 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓