UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HY SPRECKMAN & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08CV1724 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| SONNABEND ENTERPRISES, INC. | ) | Magistrate Judge Brown |
| doing business as ROLY POLY, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant, | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Sonnabend Enterprises, Inc. d/b/a Roly Poly ("Roly Poly"), by and through their attorneys, Litchfield Cavo, LLP, move this Honorable Court for an extension of time to answer or otherwise plead and in support thereof, respectfully states as follows:

1. Plaintiff Hy Spreckman & Sons, Inc. ("Hy Spreckman") is a business incorporated in and having its principal place of business in Illinois.

2. Defendant Roly Poly is a business incorporated in and having its principal place of business in Georgia.

3. On February 11, 2008 Hy Spreckman filed a three-count Class Action Complaint in the Circuit Court of Cook County, Illinois (Case No.). Defendant has not yet responded to the Complaint nor have any rulings been made on this case.

4. Defendant removed this lawsuit to this Court on March 25, 2008.

5. Defendant requests 30 days, or until April 28, 2008, to Answer or otherwise plead, so that Roly Poly's counsel can fully review the case prior to responding or otherwise pleading to Hy Spreckman Class Action Complaint.

**WHEREFORE**, Defendant Roly Poly hereby moves this Honorable Court for an extension of time to answer or otherwise plead until April 28, 2008.

Dated: March 27, 2008

                                                        /s/ Stephanie W. Tipton
                                          By:  An Attorney for Defendant

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)