## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HY SPRECKMAN & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08CV1724 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| SONNABEND ENTERPRISES, INC. | ) | Magistrate Judge Brown |
| doing business as ROLY POLY, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant, | ) | |

### NOTICE OF MOTION

TO:    Daniel A. Edelman
        Cathleen M. Combs
        James A. Latturner
        Tara L. Goodwin
        Julie Clark
        Edelman, Combs, Latturner & Goodwin, LLC
        120 S. LaSalle St., 18th Fl.
        Chicago, IL 60603

        PLEASE TAKE NOTICE that on **Wednesday**, **April 2, 2007 at 9:15 a.m**. as soon thereafter as counsel may be heard, I shall appear before Judge Robert M. Dow, Jr., Room 1919 in the United States District Court for the Northern District of Illinois and then there present *Unopposed Motion for an Extension of Time to Answer or Otherwise Plead* a true copy of which is attached hereto and hereby served upon you.

                        Respectfully submitted,


                        By:    /s/Stephanie W. Tipton
                                One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

## **PROOF OF SERVICE**

I, <u>Sandy Solorio,</u> a non-attorney, hereby certify that the attached documents were served to the above mentioned attorney via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on March 27, 2008, before 5:00 p.m., with proper postage prepaid.


<u>        /s/Sandy Solorio        </u>