## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hy Spreckman & Sons, Inc.
          Plaintiff,

v.                Case No.: 1:08−cv−01724
                Honorable Robert M. Dow Jr.

Sonnabend Enterprises, Inc., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr:MOTION by Defendant Sonnabend Enterprises, Inc. for extension of time [5] to answer or otherwise plead is granted to and including 4/28/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.