**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HY SPRECKMAN & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 1724 |
| | ) | |
| SONNABEND ENTERPRISES, INC., et. al. | ) | Judge Dow |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Hy Spreckman & Sons, Inc.

("Plaintiff") and Defendant Sonnabend Enterprises, Inc., ("Defendant"), hereby stipulate and

agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with

each party bearing its own costs.  Plaintiff's class claims are dismissed without prejudice and

with each party bearing its own costs.  This stipulation of dismissal disposes of the entire action.


   s/ Julie Clark                                    s/Stephanie W. Tipton
Daniel A. Edelman                          Stephanie W. Tipton
Julie Clark

EDELMAN, COMBS, LATTURNER          Litchfield Cavo, LLP.
      & GOODWIN, LLC                         303 W. Madison Street
120 S. LaSalle Street, 18th Floor           Suite 300
Chicago, IL 60603                              Chicago, IL 60603
(312) 739-4200                                  312-781-6636
(312) 419-0379 (FAX)                         312-781-6630 (FAX)


1